Vasu Vijayraghavan
SBN #310372
1968 S. Coast Highway #169
Laguna Beach CA 92651
619-517-4563
vvijay081@gmail.com
Plaintiff in pro per

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| VASUMATHI VIJAYRAGHAVAN, aka VASU VIJAYRAGHAVAN,<br><br>Plaintiff<br><br>VS<br><br>COUNTY OF RIVERSIDE; RIVERSIDE SHERIFFS DEPARTMENT; MICHAEL A. HESTRIN, DA, individually; JOSEPH M. HERNANDEZ, DDA, individually; HEATHER D. FERRIS, DDA, individually; KATHERINE COHAN; DEPUTY ORRIS, individually And Does 1 through 100;<br>        Defendants | No: 5:23-cv-00683-SSS-DTB<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT WITH DEFENDANTS COUNTY OF RIVERSIDE, RIVERSIDE SHERIFFS DEPARTMENT, MICHAEL A. HESTRIN, HEATHER D. FERRIS, JOSEPH M. HERNANDEZ and MATTHEW ORRIS**<br><br>The Honorable Sunshine Suzanne Sykes<br>Trial Date: 06/30/2025<br>Action filed: 04/19/2023 |

TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:

PLEASE TAKE NOTICE that PLAINTIFF VASUMATHI VIJAYRAGHAVAN and the COUNTY OF RIVERSIDE DEFENDANTS, to include DEFENDANTS COUNTY OF RIVERSIDE (erroneously sued as the Riverside County District Attorney's Office), RIVERSIDE SHERIFFS DEPARTMENT, MICHAEL A. HESTRIN, HEATHER D. FERRIS, JOSEPH M. HERNANDEZ AND MATTHEW ORRIS, notify the Court of a Mutually Agreed Upon Settlement between Plaintiff and the COUNTY OF RIVERSIDE DEFENDANTS regarding the action, whereby Plaintiff agrees to dismiss all causes of action against the COUNTY OF RIVERSIDE DEFENDANTS with prejudice.

DATED: December 24, 2024        By: /s/ Vasu Vijayraghavan
                                    VASUMATHI VIJAYRAGHAVAN
                                    Plaintiff

DATED: December 23, 2024        SMITH LAW OFFICES, LLP

                                By: /s/ John R. Byerly
                                    Douglas C. Smith
                                    John R. Byerly
                                    Attorneys for Defendants
                                    COUNTY OF RIVERSIDE, MICHAEL A.
                                    HESTRIN, HEATHER D. FERRIS, JOSEPH M.
                                    HERNANDEZ and MATTHEW ORRIS

**Certificate of Service**

I hereby certify that on 12/24/2024, I electronically filed the above PLAINTIFF'S NOTICE OF SETTLEMENT with the Clerk of Court using the CM/ECF system I also certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system

*Vasu Vijayraghavan*
_____
VASUMATHI VIJAYRAGHAVAN
Plaintiff